JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAGUNA BEACH SOBER LIVING, LLC, a California corporation limited liability company; DONNA'S HOUSE, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DANA POINT, a municipal corporation,<br><br>Defendant. | Case No. 8:19-cv-00024-AG-(JDEx)<br><br>*Honorable Andrew J. Guilford*<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

-1-　　　　　　　　　　　　　JUDGMENT

# JUDGMENT

Pursuant to the Court's January 7, 2020 Order granting Defendant City of Dana Point's Motion to Dismiss Plaintiffs Laguna Beach Sober Living, LLC and Donna's House, Inc.'s First Amended Complaint, IT IS ADJUDGED that:

1. Plaintiffs Laguna Beach Sober Living, LLC's and Donna's House, Inc.'s claims for relief are dismissed without leave to amend and without prejudice as to filing in another jurisdiction; and

2. Defendant City of Dana Point is the prevailing party in this action and shall recover its costs.

Dated: January 8, 2020

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE